IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY S. SAWYER, : Case No. 4:11-cv-01471
:
    Plaintiff : (Judge Brann)
:
v. :
:
PURDUE PHARMACEUTICAL :
CORPORATION, :
:
    Defendant. :

**ORDER**

December 27. 2013

In accordance with the Memorandum filed this same date **IT IS HEREBY ORDERED THAT:**

1. Defendant Purdue's motion for summary judgment (ECF No. 47) is GRANTED.

2. Plaintiff Anthony S. Sawyer's motion to amend (ECF Nos. 60 & 61) is DENIED.

3. Final judgment is entered in favor of defendant and against plaintiff.

4. The Clerk of Court is directed to close the case file.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge